IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| RONNIE CARNEY,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, INC.<br><br>    Defendant. | :<br>:<br>:<br>: CIVIL ACTION FILE<br>:<br>: NO. 3:08-CV-020-JTC-CCH<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

**THE LAW OFFICE OF KRIS SKAAR, P.C.**

by:   /s/ Kris Skaar
Kris Skaar
Attorney for Plaintiff
Georgia Bar No. 649610

P.O. Box 1478 ! Marietta, GA 30061-1478
331 Washington Avenue ! Marietta, GA  30060
voice (770) 427 - 5600 ! fax (770) 427 - 9414
krisskaar@aol.com